## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MEIJER, INC., and MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs<br><br>     v.<br><br>RANBAXY INC., and SUN PHARMACEUTICAL INDUSTRIES LTD.<br><br>     Defendants | Civil Action No. 17-cv-11066-NMG |

## JOINT STATUS REPORT

Direct purchaser plaintiffs, Meijer Inc. and Meijer Distribution, Inc. ("Meijer"), and non-party Prinston Pharmaceuticals ("Prinston"), submit this Joint Status Report, which sets forth the relevant developments in *Meijer Inc. v. Ranbaxy Inc.*, No. 15-cv-11828 and *In Re: Ranbaxy Generic Drug Application Antitrust Litigation*, No. 19-md-02878 (the "Main Action") since the Joint Status Report of March 5, 2019:

1.      This instant matter concerns Meijer's Motion to Transfer, or in the Alternative Compel (ECF No. 1) (the "Motion"), arising from a non-party subpoena issued to Prinston in the Main Action.

2.      The Motion was initially filed on May 15, 2017 in the U.S. District Court for the District of New Jersey and was transferred, by stipulation, to this Court on June 12, 2017.

3.      Disposition of the Motion has been stayed since June 27, 2017, as a result of the stay that was entered in the Main Action.

4.      On April 22, 2019, the Court entered a new schedule in the Main Action, commencing discovery as of April 23, 2019.

5.      Given the passage of nearly two years since its filing, Meijer intends to withdraw the Motion and supplement and re-file in the Main Action.

Meijer and Prinston agree that the Motion is withdrawn, and Meijer may supplement and re-file in *In Re: Ranbaxy Generic Drug Application Antitrust Litigation*, No. 19-md-02878.

Dated May 13, 2019                         Respectfully submitted,

  *s/ Daniel H. Gold*                          *s/ Joseph H. Meltzer*           

Daniel H. Gold, MA Bar No. 654909          Joseph H. Meltzer
Scott A. Cunning                           Terence S. Ziegler
Michael J. Scanlon                         Ethan J. Barlieb
**HAYNES AND BOONE, LLP**                  **KESSLER TOPAZ MELTZER**
800 17th Street, N.W., Suite 500           **& CHECK, LLP**
Washington, D.C. 20006                     280 King of Prussia Road
(202) 654-4500                             Radnor, PA 19087
daniel.gold@haynesboone.com                (610) 667-7706
scott.cunning@haynesboone.com              jmeltzer@ktmc.com
michael.scanlon@haynesboone.com            tziegler@ktmc.com
                                           ebarlieb@ktmc.com
*Attorneys for Non-Party Prinston*
*Pharmaceutical, Inc.*                     Thomas M. Sobol
                                           Gregory T. Arnold
                                           Kristen A. Johnson
                                           Kristie A. LaSalle
                                           **HAGENS BERMAN SOBOL**
                                           **SHAPIRO LLP**
                                           55 Cambridge Parkway, Suite 301
                                           Cambridge, MA 02142
                                           Tel: (617) 482-3700
                                           Fax: (617) 483-3003
                                           tom@hbsslaw.com
                                           grega@hbsslaw.com
                                           kristenj@hbsslaw.com
                                           kristiel@hbsslaw.com

Steve D. Shadowen
D. Sean Nation
Matthew C. Weiner
**HILLIARD & SHADOWEN LLP**
919 Congress Ave., Suite 1325
Austin, TX 78701
Tel: (855) 344-3928
steve@hilliardshadowenlaw.com
sean@hilliardshadowenlaw.com
matt@Hilliardshadowenlaw.com

John D. Radice
**RADICE LAW FIRM**
34 Sunset Boulevard
Long Beach, NJ 08008
Tel: (646) 245-8502
jradice@radicelawfirm.com

Joseph M. Vanek
David P. Germaine
John Bjork
**VANEK, VICKERS & MASINI, P.C.**
55 W. Monroe, Suite 3500
Chicago, IL 60603
Tel: (312) 224-1500
Fax: (312) 224-1510
jvanek@vaneklaw.com
dgermaine@vaneklaw.com
jbjork@vaneklaw.com

*Counsel for Plaintiffs Meijer, Inc.,*
*Meijer Distribution, Inc., and the*
*Proposed Class*

## **CERTIFICATE OF SERVICE**

I, Joseph H. Meltzer, hereby certify that I caused a copy of the foregoing document to be filed electronically with the Clerk of Court via the Court's electronic filing system, which will serve as notification of such filing to the email addresses of all counsel of record in this action.

Dated: May 13, 2019

*/s/ Joseph H. Meltzer*
Joseph H. Meltzer